FRANK N. DARRAS #128904
SHERNOFF BIDART & DARRAS, LLP
Suite 300
3257 East Guasti Road
Ontario, CA 91761
Telephone: 909.390.3770
Facsimile: 909.974.2121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS BYRD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; STATE FARM LTD PLAN,<br><br>　　　　Defendant | Case No.: C 071461 SI<br><br>**STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff CURTIS BYRD, and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA; STATE FARM LTD PLAN, and their attorneys of record, that the parties have resolved this matter in its entirety.

　　　/ / /

　　　/ / /

- 1 -
STIP AND ORDER RE DISMISSAL OF ENTIRE ACTION

IT IS HEREBY AGREED that the complaint and any counterclaim on file herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated: July 6, 2007

SHERNOFF BIDART & DARRAS, LLP

_____
FRANK N. DARRAS
Attorneys for Plaintiff CURTIS BYRD

Dated: July 12, 2007

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

_____
SEAN P. NALTY
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA; STATE FARM LTD PLAN

# ORDER

IT IS SO ORDERED.

Dated: _____

_____
SUSAN ILLSTON
Judge of the United States District Court